CHARLES D. MARSHALL, as Trustee of Certain Trusts Created by HEMAN B. POTTER, Deceased, Respondent, *v.* THE CITY OF BUFFALO, Appellant.

*Marshall* v. *City of Buffalo*, 63 App. Div. 601, affirmed.
(Argued June 22, 1903; decided October 6, 1903.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered August 14, 1901, sustaining plaintiff's exceptions ordered to

35

be heard in the first instance by the Appellate Division and granting a motion for a new trial.

*Edward L. Jung* and *Charles L. Feldman* for appellant.

*Adolph Rebadow* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs ; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, VANN, CULLEN and WERNER, JJ. Absent: MARTIN, J.